**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7182**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EMERSON WADDELL SARTOR, II,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Malcolm J. Howard, Senior District Judge. (7:05-cr-00128-H-1)

Submitted: August 26, 2009        Decided: September 3, 2009

Before TRAXLER, Chief Judge, and GREGORY and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Emerson Waddell Sartor, II, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emerson Waddell Sartor, II, appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduced sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Sartor, No. 7:05—cr-00128-H-1 (E.D.N.C. May 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED